David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska   99559
Phone:  907-543-7891
Fax:  907-543-1924

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORI KALMAKOFF AND           )
ALFRED KALMAKOFF,            )
                             )
            Plaintiff,       )
                             )
     vs.                     )     Case no. A 14 - _____Civil
                             )
UNITED STATES OF AMERICA,    )
                             )
            Defendant.       )
_____)

## COMPLAINT

COMES NOW Plaintiff's Lori Kalmakoff and Alfred Kalmakoff, and for their cause of action against the United States of America, state as follows:

### Jurisdiction

1.      At all times relevant hereto, Lori Kalmakoff and Alfred Kalmakoff were residents of Sand Point, Alaska, in the District of Alaska.

2.      This cause of action arises under the Federal Tort Claims Act 28 U.S.C. sec. 1346, 2401, and 2671 et seq.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska  99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

3.    At all times relevant hereto, Dr. Jeffrey Parker, and Dr. Mark Caylor were employees or agents of the United States of America.

4.    At all times relevant hereto, the Alaska Native Medical Center was an agent of the United States of America.

5.    Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

6.    More than six months ago, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. Since that agency has failed to make a final disposition of the claim within that time period, plaintiff deems such failure to be a denial of her claim pursuant to 28 U.S.C. sec 2675.

7.    Based on paragraphs 1-6 above, this court has jurisdiction over the claims asserted herein.

## I.    Facts

8.    On or about June 27, 2013, Lori Kalmakoff was a patient at Alaska Native Medical Center.

9.    Lori Kalmakoff was at the Alaska Native Medical Center to have a left total knee replacement

10.    During the course of the surgery, Dr. Jeffrey Parker and or Dr. Mark Caylor cut the popliteal artery and

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska 99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

vein and posterior nerve in the back of her left knee, causing

permanent nerve damage and impairment to her left leg.

11.     Lori Kalmakoff has suffered and continues to

suffer severe pain, difficulty walking, and lack of sensation

in her leg.

12.     Lori Kalmakoff's husband suffered emotional

distress and the loss of consortium, love, and support of his

wife.

## II.  Allegation of Negligence

13.  Plaintiff incorporates the allegations set forth in

Paragraph 1-12.

14.  Agents and/or employees of the Alaska Native Medical

Center failed to exercise the degree of care ordinarily

exercised under the circumstances by health care providers in

their field or specialty by cutting the popliteal artery and

vein and the posterior tibial nerve.

15.  The negligent and reckless care and conduct of

employees and/or agents of the Alaska Native Medical Center

was a direct and proximate cause of the plaintiffs' injuries.

WHEREFORE, plaintiffs' pray for relief as follows:

1.  Past and future pain and suffering.

2.  Past and future medical expenses.

3.  Past and future lost earning capacity.

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska  99559
Phone: (90)7 543-7891
Fax: (907) 543-1924

4.    Any other relief courts deems just and proper.


DATED this ___23rd___ day of October, 2014, at Bethel, Alaska.


                              LAW OFFICES OF DAVID HENDERSON
                              Attorney for the Plaintiff


                              _____
                              David Henderson   #9806014