KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORI KALMAKOFF and ALFRED KALMAKOFF, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:14-cv-00207-HRH <br><br> **NOTICE OF SETTLEMENT** |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action. A stipulation for dismissal will be filed after the parties complete the settlement documents and payment procedures.

RESPECTFULLY SUBMITTED, on April 14, 2015, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Susan J. Lindquist
SUSAN J. LINDQUIST
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2015
a copy of the foregoing was served electronically on:

David Nelson Henderson
Law Office of David Henderson
PO Box 2441
Bethel, Alaska  99559

s/ Susan J. Lindquist
Office of the U.S. Attorney

*Kalmakoff v. U.S.A.*
Case No. 3:14-v-00207-HRH

2