# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORI KALMAKOFF and ALFRED KALMAKOFF, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:14-cv-00207-HRH |

## ORDER

In light of the parties' Notice of Settlement (Docket 15), IT IS HEREBY ORDERED that the Settlement Conference scheduled before Judge Sharon Gleason on October 19, 2015 is VACATED.

DATED this 15th day of April, 2015 at Anchorage, Alaska.

                                         */s/ Sharon L. Gleason* 
                                         UNITED STATES DISTRICT JUDGE