IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LORI KALMAKOFF and ALFRED KALMAKOFF | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO.   3:14-cv-0207-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the defendant's notice of settlement,[1] filed April 14, 2015, advising the court that the parties have reached a settlement.

Accordingly, pending motions, if any, are denied with leave to renew; pending deadlines and filing requirements, if any, are vacated. The parties will please present appropriate closing papers on or before June 3, 2015. If for any reason closing papers cannot be filed by that date, plaintiffs shall serve and file a brief status report updating the court as to the status of settlement and progress toward completing this case.

---

[1]Docket No. 15.

Order from Chambers – Notice of Settlement — - 1 -