KAREN L. LOEFFLER
United States Attorney

SUSAN LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
CA Bar No. 171439

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LORI KALMAKOFF and ALFRED KALMAKOFF, | ) ) ) | Case No. 3:14-cv-00207-HRH |
|---|---|---|
| Plaintiffs, | ) ) ) | **JOINT STIPULATION FOR DISMISSAL** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

The parties, through counsel, stipulate to dismiss the above matter with prejudice, which each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED, on May 21, 2015, at Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/Susan J. Lindquist
    SUSAN J. LINDQUIST
    Assistant U. S. Attorney

    Attorney for Plaintiff
    Law Offices of David Henderson

    s/David N. Henderson   (consent)
    P.O. Box 2441
    Bethel, AK 99559
    (907) 543-7891

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2015
a copy of the foregoing was served electronically on:

David Nelson Henderson
Law Office of David Henderson
PO Box 2441
Bethel, Alaska  99559

s/ Susan J. Lindquist
Office of the U.S. Attorney

*Kalmakoff v. U.S.A.*
Case No. 3:14-v-00207-HRH