IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


LORI KALMAKOFF and ALFRED )
KALMAKOFF, )
                               )
                 Plaintiffs, )
                               )
    vs. )
                               )
UNITED STATES OF AMERICA, )
                               )     No. 3:14-cv-0207-HRH
                 Defendant. )
_____ )


O R D E R

Case Dismissed

     The parties' *Joint Stipulation for Dismissal*,[1] filed May 21, 2015, is granted.   This action is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

     DATED at Anchorage, Alaska, this  26th  day of May, 2015.


                                           /s/ H. Russel Holland
                                           United States District Judge

---

[1]Docket No. 18.

Order – Case Dismissed                                               - 1 -